1086

No. 85–5888.   MCKENZIE ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 85–5909.   WHARTON *v.* ABBEVILLE SCHOOL DISTRICT No. 60 ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5945.   LUQMAN *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 85–6027.   WEST *v.* WARREN COUNTY FISCAL COURT ET AL.   C. A. 6th Cir.   Certiorari before judgment denied.

No. 85–472.   BULLOCH ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 85–581.   BULLOCH ET AL. *v.* PEARSON ET AL.   C. A. 10th Cir.   Certiorari denied.   JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 85–509.   SESTRIC *v.* CLARK ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 85–528.   GOLDFARB *v.* SUPREME COURT OF VIRGINIA ET AL.   C. A. 4th Cir.   Motion of American Corporate Counsel Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 85–735.   SIRIPAN *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–898.   GEIGER, CONSERVATOR OF THE ESTATE OF GEIGER *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.